Artem Latushkin (Full Name)
artsiomlatushkin@gmail.com (Email Address)
134 Denali (Address Line 1)
Lake Forest, CA, 92630 (Address Line 2)
4245357978 (Phone Number)
Plaintiff in Pro Per
(indicate Plaintiff or Defendant)

FILED
2024 FEB 28  AM 11: 44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Artem Latushkin,

  Plaintiff,

  vs.

David Radel
Los Angeles District
Director USCIS

  Defendant(s).

Case No.: 8:23-cv-02478-FMO-ADS

**PROOF OF SERVICE BY MAIL**

I, Artem Latushkin, declare as follows:
(name of person serving documents)

My address is 134 Denali Lake Forest CA 92630 _____, which is located in the county where the mailing described below took place.

Revised: August 2011
Form Prepared by Public Counsel.
© 2011 Public Counsel. All rights reserved.

1 | On  01/18/2024 , I served the document(s) described as:
        (date of mailing)

- CV-108 (Waiver of Service Summon),
  (list the names of the documents you are mailing)
- CV-39 (Notice of Lawsuit and Request for Waiver of Service,
- Complaint for A Writ in the Nature of A Mandamus and under the administrative procedure act
- Initial Standing Order

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in  Irvine, CA ,
        (city and state of mailing)

addressed to:

David Radel USCIS  (name)
P.O. Box 2000  (address)
Tustin, CA  (address)
92781-200  (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/28/2024  at  Santa Ana, CA .
        (date)                              (city and state of signing)

(sign) [signature]

Artem Latushkin
(print name)

4850-9234-4859, v. 3