

To the

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** Artem Latushkin v. David Radel
**Case Number:** 8:23-cv-02478-FMO-ADS

**To the Honorable Fernando M. Olguin, United States District Judge,**

I am writing in response to the Order to Show Cause regarding the potential dismissal of this action for lack of prosecution. I acknowledge the importance of diligently pursuing this case and apologize for any delays encountered thus far.

Regarding the time periods outlined in the Order, I understand that the summons and complaint should have been served on the defendant(s) within 90 days after the complaint was filed, as per Fed. R. Civ. P. 4(m). Additionally, defendants are typically required to answer the complaint within 21 days after service, as per Fed. R. Civ. P. 12(a).

I want to assure the court that I have been actively pursuing service on the defendant(s) within the prescribed timeframe. However, unforeseen circumstances may have contributed to delays in this process. I am committed to resolving any outstanding issues promptly and respectfully request an opportunity to provide the necessary documentation to demonstrate my efforts in serving the defendant(s) and to address any concerns the court may have regarding the prosecution of this case.

I will promptly provide valid proof(s) of service of summons and complaint on all defendants as required by the court. I am fully prepared to comply with any additional directives from the court to ensure the efficient progression of this matter.

Thank you for your attention to this matter, and I respectfully request that the court consider the circumstances outlined above before making any decision regarding the dismissal of this action.

Sincerely,

Artem Latushkin

03/19/2024



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Radel
USCIS
PO Box 2000
Tustin CA 92781-200

9590 9402 8502 3186 3395 96

2. Article Number (Transfer from service label)

9 0710 5270 0924 1754 47

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Los Angeles Asylum Office     ☐ Agent
   P.O. Box 2003                 ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   Tustin, CA. 92781-2003        1/22/24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Tustin, CA 92781

**Certified Mail Fee**
$ $4.35

**Extra Services & Fees** (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

**Postage**
$ $2.55

Postmark Here
JAN 18 2024
IRVINE CA
01/18/2024

**Total Postage and Fees**
$ $10.45

**Sent To** David Radel USCIS
**Street and Apt. No., or PO Box No.** P.O. Box 2000
**City, State, ZIP+4®** Tustin CA 92781-200

9589 0710 5270 0940 1754 47

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



```
              UNITED STATES
              POSTAL SERVICE.

              HARVEST
           17192 MURPHY AVE
         IRVINE, CA 92623-9998
              (800)275-8777
01/18/2024
                                        03:49 PM
------------------------------------------------
Product              Qty    Unit       Price
                            Price
------------------------------------------------
PurpleHeartMedal      1    $0.66       $0.66
                                       $0.59
Envelope 6X9          1    $0.59
                                       $2.55
First-Class Mail®     1
Large Envelope
   Tustin, CA 92781
   Weight: 0 lb 5.30 oz
   Estimated Delivery Date
       Sat 01/20/2024
                                       $4.35
   Certified Mail®
       Tracking #:
         9589 0710 5270 0924 1754 47
                                       $3.55
   Return Receipt
       Tracking #:
         9590 9402 8502 3186 3395 96
Total                                 $10.45

------------------------------------------------
                                      $11.70
Grand Total:
------------------------------------------------
                                      $11.70
Credit Card Remit
   Card Name: AMEX
   Account #: XXXXXXXXXXXX5724
   Approval #: 835329
   Transaction #: 679
   AID: A0000000025010901 Contactless
   AL: AMERICAN EXPRESS
   PIN: Verified
------------------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
             1-800-222-1811.

  In a hurry? Self-service kiosks offer
   quick and easy check-out. Any Retail
        Associate can show you how.

            Preview your Mail
            Track your Packages
            Sign up for FREE @
      https://informeddelivery.usps.com

    All sales final on stamps and postage.
     Refunds for guaranteed services only.
          Thank you for your business.

        Tell us about your experience.
   Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device,
```



```
         or call 1-800-410-7420.

------------------------------------------------

UFN: 053711-0251
Receipt #: 840-59260100-5-10891890-1
Clerk: 16
```

