

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:23-CV-02478-FMO-ADS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Radel, Los Angeles District Director, USCIS
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Office of the Chief Counsel , who is
designated by law to accept service of process on behalf of *(name of organization)* USCIS
_____ on *(date)* 03/21/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 78.84 for services, for a total of $ 78.84 0 .

I declare under penalty of perjury that this information is true.

Date: 03/21/2024

*Server's signature*

Artem Latushkin
*Printed name and title*

134 Denali
Lake Forest CA
92630
*Server's address*

Additional information regarding attempted service, etc:
According USCIS Service of Process Notice the Summons in a Civil Action was send via USPS to the address:
USCIS
Office of the Chief Counsel 5900 Capital Gateway Drive Mail Stop 2120 Camp Springs, MD 20588-0009 .
Also was send a duplicate to the email uscis.serviceofprocess@uscis.dhs.gov and LosAngelesAsylum@uscis.dhs.gov
and received confirmation of this.

Print    Save As...    Reset