UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | SA CV 23-2478 FMO (ADSx) | Date | March 25, 2024 |
|---|---|---|---|
| Title | Artem Latushkin v. David Radel | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

Having reviewed plaintiff's Response to Order to Show Case (Dkt. 9), IT IS ORDERED THAT:

1.  The Proof of Service filed on March 21, 2024, (Dkt. 10), is hereby stricken as it does not include the address where defendant was served.  See Cal. Code Civ. P. § 417.10(a).

2.  Plaintiff shall serve defendant no later than **April 24, 2024**, and shall file a proof of service no later than **April 26, 2024**.

3.  Plaintiff is admonished that failure to file a proof of service by the April 26, 2024, deadline will result in the action being dismissed without prejudice for failure to effect service, for lack of prosecution and/or failure to comply with the orders of the court.  See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

4.  The Order to Show Cause Re: Dismissal Re: Lack of Prosecution, is hereby continued pending compliance with paragraph two above.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |