JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEM LATUSHKIN, | Case No. SA CV 23-2478 FMO (ADSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DAVID RADEL, Director of the Los Angeles Asylum Office, United States Citizenship and Immigration Services, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice. The parties shall bear their own fees and costs.

Dated this 25th day of February, 2025.

/s/
Fernando M. Olguin
United States District Judge